UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 11-366 PAM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | **INFORMATION** |
| Plaintiff, | ) | |
| v. | ) | (18 U.S.C. § 2) |
| | ) | (18 U.S.C. § 1028A) |
| MICHAEL KWEKU ASIBU, | ) | (18 U.S.C. § 1344) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Bank Fraud)

1. From in or about September of 2009 through in or about October of 2010, in the State and District of Minnesota, the defendant,

**MICHAEL KWEKU ASIBU,**

did knowingly and intentionally execute, and attempt to execute, a scheme and artifice to defraud federally insured financial institutions and to obtain, by means of false and fraudulent pretenses and representations, money and funds owned by and under the custody and control of financial institutions.

MANNER AND MEANS OF THE SCHEME

2. The defendant, while working as a Personal Banker, knowingly and intentionally accessed bank accounts at financial institutions for the purpose of committing bank fraud in the State and District of Minnesota. Namely, the defendant withdrew funds from the Bremer Bank account of victim F.M., converted the funds

SCANNED
NOV 2 3 2011
U.S. DISTRICT COURT ST. PAUL

FILED NOV 23 2011
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

into cashier's checks and deposited the funds into the defendant's M & I Bank account.

3. As a result of the defendant's participation in the scheme, the defendant is responsible for $215,138 in losses to the victims and the victim banks.

### EXECUTIONS OF THE SCHEME

4. On May 11, 2010, the defendant withdrew $14,321 from the Bremer Bank account of victim F.M. ending in X9101, located in South Saint Paul, Minnesota. The defendant converted the $14,321 to a cashier's check ending in X0267 and deposited the stolen funds into his M & I bank account ending in X3994; all in violation of Title 18, United States Code, Section 1344 and 2(a).

### COUNT 2
(Aggravated Identity Theft)

5. On or about May 11, 2010, in the State and District of Minnesota, the defendant,

**MICHAEL KWEKU ASIBU,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit: the name and bank account information belonging to victim F.M., which is a means of identification within the meaning of Title 18, United States Code, Section 1028(d)(7), during and in relation to a felony

violation enumerated in Title 18, United States Code Section 1028A(c), specifically, Bank Fraud; all in violation of Title 18, United States Code, Section 1028A.

Dated: November 23, 2011

B. TODD JONES
United State Attorney

BY: ANN M. ANAYA
Assistant U.S. Attorney